# United States Court of Appeals
# for the Fifth Circuit

No. 22-40124

United States Courts
Southern District of Texas
FILED

APR 06 2023

Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit

**FILED**
January 6, 2023

Lyle W. Cayce
Clerk

PORT OF CORPUS CHRISTI AUTHORITY OF NUECES COUNTY, TEXAS,

*Plaintiff—Appellee,*

versus

THE PORT OF CORPUS CHRISTI L.P.; KENNETH BERRY,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CV-30

Before HIGGINBOTHAM, SOUTHWICK, and HIGGINSON, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Apr 06, 2023

Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 06, 2023

Mr. Nathan Ochsner
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

      No. 22-40124     Port of Corpus v. Port of Corpus
                          USDC No. 2:22-CV-30

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Shawn D. Henderson, Deputy Clerk
                                        504-310-7668

cc:
     Mr. Ben C. Broocks
     Mr. Travis Lenti Gray
     Mr. Shelby Arthur Jordan
     Mr. Gabriel David Kaim
     Ms. Ashley McKeand Kleber
     Ms. Macey Reasoner Stokes
     Mr. Earnest William Wotring